UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No.3:08-CR-125 |
| V. | ) | (PHILLIPS/GUYTON) |
| | ) | |
| | ) | |
| DAVID RUTLEDGE | ) | |

ORDER OF DETENTION PENDING TRIAL

  The defendant appeared in custody before the undersigned on August 7, 2008, for an arraignment on an indictment. Assistant United States Attorney Tracy L. Stone was present representing the government. CJA Attorney Charles I. Poole, appeared as counsel representing the defendant. Counsel for the defendant, announced that the defendant would waive a detention hearing at this time and reserve his right to move for a detention hearing at a later date. The defendant and his attorney executed the appropriate Waiver of Detention Hearing in open court.

  The defendant is aware of his rights to a detention hearing and to require the government to meet its burden of proving that no conditions of release exist which will reasonably assure his appearance in court and the safety of the community. The defendant understands that if he waives his detention hearing, he will remain in custody pending trial. The defendant acknowledged in open court that he has no questions and understands his rights and the consequences of waiving those rights, and agreed to be detained without bond pending trial.

Should information having a material bearing on the issue of release subsequently become available, indicating a change in the defendant's circumstances, the defendant, through counsel, may file a motion requesting a bond hearing.

The defendant is ORDERED detained without bond pending trial.

**ENTER:**

s/ H. Bruce Guyton
United States Magistrate Judge